

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 21 CR 385 |
| v. | Violation: Title 21, United States Code, Section 846 |
| MAX SCHAEFER | **INFORMATION** |

### COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about November 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MAX SCHAEFER,

defendant herein, did attempt to knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841;

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about December 3, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MAX SCHAEFER,

defendant herein, did attempt to knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841;

In violation of Title 21, United States Code, Section 846.

## **COUNT THREE**

The UNITED STATES ATTORNEY further charges:

On or about April 26, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MAX SCHAEFER,

defendant herein, did attempt to knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841;

In violation of Title 21, United States Code, Section 846.

## COUNT FOUR

The UNITED STATES ATTORNEY further charges:

On or about April 26, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MAX SCHAEFER,

defendant herein, did attempt to knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841;

In violation of Title 21, United States Code, Section 846.

ERIKA CSICSILA
Digitally signed by ERIKA CSICSILA
Date: 2022.02.01 16:51:58 -06'00'

Signed by Erika L. Csicsila on behalf of the
UNITED STATES ATTORNEY