
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes.**

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: 21 CR 385, *United States v. Max Schaefer* (Hon. Jeffrey I. Cummings)

    1b. Should this indictment or information receive a new case number from the court? **No.**

1. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No.**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

2. Is this a re-filing of a previously dismissed indictment or information? **No.**

3. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No.**

4. Is this a transfer of probation supervision from another district to this District? **No.**

5. What level of offense is this indictment or information? **Felony**

6. Does this indictment or information involve eight or more defendants? **No.**

7. Does this indictment or information include a conspiracy count? **No.**

Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **DAPCA Controlled Substances (III**)

8. List the statute of each of the offenses charged in the indictment or information.

**21 U.S.C. 846 (attempted distribution of a controlled substance)**

                                                /s/ Patrick Mott
                                                PATRICK MOTT
                                                Assistant United States Attorney