# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                  Case No.: 1:21−cr−00385
                                                                                Honorable John F. Kness

Max Schaefer

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 3, 2023:

      MINUTE entry before the Honorable John F. Kness as to Max Schaefer: In−person status hearing held on 5/3/2023. Defendant, who is in custody, was present at the hearing with retained counsel. For the reasons stated on the record, a continued status hearing is set for 7/6/2023 at 10:30 AM. The parties must file a joint status report on or before 6/29/2023 regarding the status of the case. At the request of Defendant's counsel, Defendant Schaefer's presence is waived at the next status hearing. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.